UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

     I hereby give my consent to become a party plaintiff in the above-captioned action.

     I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

     I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _8/07/2020_          SIGNATURE: _____

PRINTED NAME: _Luis Alvarez_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/15/2020    SIGNATURE: _____

PRINTED NAME: _Giuseppe Ambra_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action

settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7|12|20                    SIGNATURE:

PRINTED NAME: Chris Apostolou

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 8/4/20        SIGNATURE: _____

PRINTED NAME: DAVID AWAD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

        Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

        Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: __7/10/20__         SIGNATURE: _____

PRINTED NAME: __Pete A. Bocdonal__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## <u>CONSENT TO BECOME PARTY PLAINTFF</u>

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _8 - 5 - 2020_          SIGNATURE: _Giuseppe Bottaro_

PRINTED NAME: _Giuseppe Bottaro_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _8·22·20_          SIGNATURE: _Erik L Burris_

PRINTED NAME: _Erik L. Burris_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

        Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

        Defendants.

_____/

## **CONSENT TO BECOME PARTY PLAINTFF**

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/16/20          SIGNATURE: _____

PRINTED NAME: Brandon M Callahan Litterel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS. and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

     Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

     Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/10/2020        SIGNATURE: _____

PRINTED NAME: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## **CONSENT TO BECOME PARTY PLAINTFF**

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _August 24, 2020_ SIGNATURE: _F. Coello_

PRINTED NAME: _Fabian Coello_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _____08/23/2020_____          SIGNATURE: _____

PRINTED NAME: _____Alexander Cordero_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 8/12/20

SIGNATURE:

PRINTED NAME: Travis A. Cossart

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action

settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _07/13/2020_          SIGNATURE:          _Oscar L Del valle_

PRINTED NAME:  _OSCAR L Del valle_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq*.  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/13/2020        SIGNATURE: _Oscar Delvalle jr._

PRINTED NAME: _Oscar DelValle jr._

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action

settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.


DATE: _7/16/2020_          SIGNATURE: _____


PRINTED NAME: _Nicholas Ray Ewertz_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7-14-20          SIGNATURE: _____

                       PRINTED NAME: Austin Gayre

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.
_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7- 10 -2020          SIGNATURE:

PRINTED NAME:    Jereme  Ge Lien

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 et seq. I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 8- 1 - 2020          SIGNATURE:          _albert Genso_

PRINTED NAME:   ALBERT   GENAO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## **CONSENT TO BECOME PARTY PLAINTFF**

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/10/2020

SIGNATURE:

PRINTED NAME: Adolpho Gonzalez

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/17/2020          SIGNATURE: _____

PRINTED NAME: JOHN T. GREEN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.
_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq*.  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7-8-2020          SIGNATURE:

PRINTED NAME: SAEED HAMMAD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _____08/19/20_____     SIGNATURE: _____

PRINTED NAME: _____Charles L. Hunter3rd

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.
_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _7·9·2020_          SIGNATURE: _____

PRINTED NAME: _Jason Alen Jenkins_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _7 | 20 | 2020_   SIGNATURE: _____

PRINTED NAME: _MANCELO   JUAN_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/8/2020          SIGNATURE: _James P. Pan_

                        PRINTED NAME: _JAMES P. LAVAN_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

      I hereby give my consent to become a party plaintiff in the above-captioned action.

      I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

      I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _7-10-20_                     SIGNATURE: _____

                                    PRINTED NAME: _NILS C. LEWIS_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

        Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

        Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 07/20/2020       SIGNATURE: _____

PRINTED NAME: DuJohn Lindo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/22/20          SIGNATURE:

PRINTED NAME: Quincy C. Lynn

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 8/17/2020

SIGNATURE: David Maisonet

PRINTED NAME: DAVID MAISONET

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _09, 29, 2020_          SIGNATURE: _Christopher Merchant_

PRINTED NAME: _CLRistopher Murchant_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

     Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

     Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/13/2020     SIGNATURE: _Carlos E Melecio_

PRINTED NAME: _CArlos E Melecio_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

    Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

    Defendants.
_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7-23-20          SIGNATURE:

PRINTED NAME:  Matthew J Myers SR.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.
_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _7/13/2020_              SIGNATURE: _____

                              PRINTED NAME: _Carlos Manuel Negron_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

        Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

        Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/14/2020          SIGNATURE:

PRINTED NAME:   Ezequiel Negron

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

        Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

        Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _07/30/20_          SIGNATURE: _____

PRINTED NAME:  _Alfredo L. Pratts_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action

settlement herein approved by this Court as fair and reasonable.

   I hereby designate Padula Bennardo Levine LLP to represent me in this action.


DATE: 07/17/2020          SIGNATURE:


                          PRINTED NAME: Kevin Raymer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

     Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

     Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: _8-24-20_          SIGNATURE: _____

PRINTED NAME:   _DANSON SANTARD_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

        Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

        Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action

settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 8 25 2020          SIGNATURE: _____

PRINTED NAME: Francisco Santiago.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.
_____/

## **CONSENT TO BECOME PARTY PLAINTFF**

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: July 12, 2020     SIGNATURE: _____

PRINTED NAME: Luis E. Sierra II

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

       Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

       Defendants.

_____/

## <u>CONSENT TO BECOME PARTY PLAINTFF</u>

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.


DATE: _____      SIGNATURE:         _____


PRINTED NAME:      _____

**Alicia Kendrick**

| | |
|---|---|
| **From:** | James Smith <jamessmith4150@gmail.com> |
| **Sent:** | Friday, August 7, 2020 2:50 AM |
| **To:** | Alicia Kendrick |
| **Cc:** | Daniel R. Levine; Alex Ershock |
| **Subject:** | Re: Conchado / Kauff's - NOTICE OF RIGHT TO OPT-IN TO LAWSUIT |
| **Attachments:** | image001.jpg |

I accept the terms.

On Thu, Aug 6, 2020, 2:40 PM Alicia Kendrick <ak@pbl-law.com> wrote:

**As a follow up to our conversation, attached please find the following:**

1. **Notice of Right to Opt-In to Lawsuit,**

2. **Consent to Become Party Plaintiff, and**

3. **A copy of the Complaint.**

**If you wish to join the lawsuit, please print the Consent, sign and date it where indicated on page 2, complete page 3, and return the entire Consent to our office via email to  ak@pbl.law.com or via fax to (561) 544-8999.**

**Thank you**

*Alicia Kendrick*

*Florida Registered Paralegal*

3837 NW Boca Raton Blvd., Suite 200, Boca Raton, FL  33431

Main: 561.544.8900 | Facsimile: 561.544.8999

AK@PBL-Law.com  www.PBL-Law.com

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7-16-20                    SIGNATURE:

                                 PRINTED NAME: Jeffery L. Smith

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## CONSENT TO BECOME PARTY PLAINTFF

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action

settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 07-11-2020          SIGNATURE: _____

PRINTED NAME: Oreste Vega

State of Florida
County of _Miami-Dade_
                              (Signature of Affiant)
Sworn to (or affirmed) and subscribed before me
this ___11___ day ___July___, ___2020___,
by _Oreste Vega_ (Name of Affiant).
_____ Notary Public - State of Florida
      (Signature of Notary)
      _David A. Peters_
      (Name of Notary Public)
Personally Known _____   OR   Produced Identification ____
Type of Identification Produced _FL DL V200-640-82-180-0_

David A. Peters
Commission # GG084381
Expires: March 16, 2021
Bonded thru Aaron Notary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:20-cv-80344-DMM (Middlebrooks)

YOSMEY CORONADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____

## CONSENT TO BECOME PARTY PLAINTIFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation, Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation, Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

By any settlement of this action, by the Court. I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Pichola Brennodo Leyton LLP to represent me in this action.

DATE _2/11/2020_    SIGNATURE _____

PRINTED NAME _Reginald Washington_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

_____/

## **CONSENT TO BECOME PARTY PLAINTFF**

    I hereby give my consent to become a party plaintiff in the above-captioned action.

    I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

    I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.*  I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action

settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 7/20/2020          SIGNATURE:

PRINTED NAME:  MARC T. Weig

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.
_____/

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action

settlement herein approved by this Court as fair and reasonable.

    I hereby designate Padula Bennardo Levine LLP to represent me in this action.


DATE: 4\3\20 _____    SIGNATURE: _____


                      PRINTED NAME: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-80344-DMM  (Middlebrooks)

YOSBREY CONCHADO, DAVID DEVITO,
ANTONIO STURGIS, and AHMAD JONES,
on behalf of themselves and all others similarly
situated,

      Plaintiffs,

vs.

KAUFF'S, INC., a foreign corporation, d/b/a
Kauff's Transportation, Kauff's Transportation
Systems, and Kauff's Towing and Transportation,
GUARDIAN FLEET SERVICES, INC., a Florida
corporation, d/b/a Kauff's Transportation, Kauff's
Transportation Systems, and Kauff's Towing and
Transportation, and FRANCIS GEOFFREY
RUSSELL a/k/a GEOFFREY RUSSELL, a/k/a
GEOFF RUSSELL, individually,

      Defendants.

                            /

## CONSENT TO BECOME PARTY PLAINTFF

I hereby give my consent to become a party plaintiff in the above-captioned action.

I consent to opt-in to be a party plaintiff in a lawsuit against Defendants Kauff's, Inc. d/b/a

Kauff's Transportation, Kauff's Transportation Systems, and Kauff's Towing and Transportation;

Guardian Fleet Services, Inc. d/b/a Kauff's Transportation, Kauff's Transportation Systems, and

Kauff's Towing and Transportation; Francis Geoffrey Russell a/k/a Geoffrey Russell a/k/a Geoff

Russell.

I understand this lawsuit is being brought under the Fair Labor Standards Act, 29 U.S.C. §

201 *et seq.* I hereby consent, agree, and opt-in to become a plaintiff herein and agree to be bound

by any adjudication of this action by the Court.  I further agree to be bound by a collective action settlement herein approved by this Court as fair and reasonable.

I hereby designate Padula Bennardo Levine LLP to represent me in this action.

DATE: 08/21/2020        SIGNATURE: _____

PRINTED NAME: _____