UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-CV-80344-REINHART

Yosbrey Conchado, et al.,

        Plaintiffs,

v.

Kauff's, Inc., et al.,

        Defendants.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT, DISMISSING COMPLAINT WITH PREJUDICE, AND CLOSING CASE

THIS CAUSE is before the Court upon the parties' Joint Motion Requesting Order Approving Settlement Agreement and to Dismiss Lawsuit with Prejudice ("Joint Motion"). ECF No. 109. The Court conducted a fairness hearing on May 25, 2021. Pursuant to the FLSA Settlement Agreement reached between the parties, and reviewed by the Court *in camera*, it is **ORDERED AND ADJUDGED** as follows:

1. After careful consideration of the settlement agreement, the Court finds that it represents a fair and reasonable resolution of the parties' bona fide FLSA suit. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

2. The parties' Joint Motion (ECF No. 109) is **GRANTED**.

3. The parties' FLSA Settlement Agreement is hereby **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to enforce the parties' FLSA Settlement Agreement for a period of 30 days.

5. Any and all pending motions are hereby **DENIED AS MOOT**; the Clerk of Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED**, in Chambers at West Palm Beach, Florida this 25th day of May, 2020.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE